x:/ATS52403Adoption

ROGER P. McTIERNAN, JR (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
SEGUNDO NAULA,

                Plaintiff,

                -against-

233 BROADWAY OWNERS, LLC, 50 TRINITY, LLC
88 GREENWICH LLC, ALAN KASMAN DBA KASCO,
ALLBRIGHT PARKING MANAGEMENT, INC., ET AL.

                Defendants.
------------------------------------------------------------------------X

**NOTICE OF ADOPTION**

**08 CV 2672**

      PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated:  New York, New York
        April 30, 2008

                                                ROGER P. McTIERNAN, JR. (RPM 1680)
                                                BARRY, McTIERNAN & MOORE
                                                Attorneys for Defendant
                                                ANN TAYLOR STORES CORPORATION
                                                2 Rector Street – 14th Floor
                                                New York, New York  10006
                                                (212) 313-3600

To:

       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorneys for Plaintiff(s)
       115 Broadway, 12th Floor
       New York, New York  10006
       (212) 267-3700