UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER            :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION        :
:
:
:
:
:
-----------------------------------------------------------------X
SEGUNDO NAULA,                            :  08-CV-02672-AKH
:
                Plaintiff,   :
:  **APPEARANCE**
  - against -                              :
:  **ELECTRONICALLY FILED**
233 BROADWAY OWNERS, LLC, *et al.*,        :
:
               Defendants.   :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York                 DICKSTEIN SHAPIRO LLP
       June 30, 2008

                            By:      /s/ Judith R. Cohen
                                     _____
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorney for Defendant*
                                  MERRILL LYNCH & CO., INC.