x:\tc52491\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

---------------------------------------------------------------------------X

SEGUNDO NAULA,

                                                    Plaintiffs,          **NOTICE OF
                                                                          ADOPTION**

                    -against-

233 BROADWAY OWNERS, LLC, 50 TRINITY, LLC,                               **08 CIV 2672**
88 GREENWICH LLC, ALAN KASMAN DBA KASCO,
ALLBRIGHT PARKING MANAGEMENT, INC., ANN
TAYLOR STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BLACK DIAMONDS LLC,
BLACKMON-MOORING-STEAMATIC CATASTROPHE,
INC. D/B/A BMS CAT, BOARD OF EDUCATION OF
THE CITY OF NEW YORK, BROADWAY WEST
STREET ASSOCIATES LIMITED PARTNERSHIP,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CENTRAL
PARKING SYSTEM OF NEW YORK, INC.,
DEPARTMENT OF BUSINESS SERVICES, EDISON
PARKING MANAGEMENT, L.P., ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HIGHLAND DEVELOPMENT
LLC, HILLMAN ENVIRONMENTAL GROUP, LLC,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., MERRILL
LYNCH & CO., INC., NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, NEW YORK

UNIVERSITY, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
STEEPLECHASE ACQUISITIONS, LLC, STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC, THAMES REALTY CO, TOSCORP
INC., TRIBECA LANDING L.L.C., TRIO ASBESTOS
REMOVAL, VERIZON NEW YORK, INC., WESTON
SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP..,
WFP TOWER B HOLDING CO., LP, WFP TOWER B.
CO., L.P., WFP TOWER D CO. G.P. CORP., WFP
TOWER D CO. G.P. CORP., WFP TOWER D HOLDING
CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP
TOWER D HOLDING I G.P. CORP., AND WFP TOWER
D. CO., L.P., ET AL

                                        Defendants.
----------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In

Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
       July 16, 2008

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600